UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
EUGENE R. DANIELS, III

      Plaintiff,  Civ No.:

-against-        VERIFICATION

THE NEW YORK STATE DIVISION
OF HUMAN RIGHTS, MARTHA FURLONG, AND
MICHELLE HEITZNER

      Defendants.
----------------------------------X

I, Eugene R. Daniels, III swear under penalty of perjury the following:

I am the plaintiff in the above-referenced matter. I have read and reviewed the annexed verified complaint and the statements contained in the complaint are true to the best of my knowledge except as to those matters which are based upon information and belief and believed to be true:

Dated: September 12, 2007
   Great Neck, New York

            _Eugene R. Daniels, III_
            Eugene R. Daniels, III

Sworn to before me on this
12th day of September, 2007

_Notary signature_
Notary Public

**Michael O. McDaniel**
**New York State Notary Public**
**Onon. Co. 01MC4992318**
**Commission Expires 2/24/10**

p.2