

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

Writer's Direct Dial
(212) 416-8548

December 12, 2007

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

By Hand
The Honorable William H. Pauley, III
United States District Court Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Eugene R. Daniels, III v. New York State Division of Human Rights,
              Martha Furlong and Michele Heitzner
            No.: 07-Civ-8007 (WHP)

Dear Judge Pauley:

       This Office represents the defendants in the above-referenced action. This letter requests an extension of time to respond to the Complaint and an adjournment of the December 21, 2007 Initial Pretrial Conference for the reasons stated below. Counsel for plaintiff consents to these requests. No prior application for the relief requested herein has been made.

       Although this case was filed with the Clerk on or about September 12, 2007, defendants were just served this past week with a copy of the Summons and Complaint in the action. Accordingly, we respectfully request an extension of time to answer, move or otherwise respond to the Complaint in this action to allow our office time to discuss the underlying matter with our clients and determine our initial response to the Complaint. The answer would be due on December 24, 2007. We also respectfully request that the Initial Pretrial Conference currently scheduled for Friday December 21, 2007 be adjourned either to the date indicated below or determined by the Court.

       Subject to the Court's calendar and approval, counsel for the parties suggest the following dates:
          1-Defendants' Answer or motion to be served on or before January 25, 2008;
          2-Initial Pretrial Conference scheduled for Friday, February 8, 2008 at 12:00 p.m. or a
            date and time to be determined by the Court.

The Honorable William H. Pauley, III
December 12, 2007
Page two

      These dates were selected based on the time needed to confer with our clients and the fact that some parties are unavailable due to the holidays at the end of this month, beginning of next month as well as the fact that counsel for plaintiff is scheduled to start a trial on January 23, 2008 which may last one week.

      Thank you for your honor's consideration.

                                          Respectfully submitted,

                                          Susan Anspach (SA 6968)
                                          Assistant Attorney General

cc: Robin Aronson, Esq.
    <u>Attorney for Plaintiff</u>
    30 Bayside Terrace
    Great Neck, NY 11023

*Application Granted. Defendants' time to respond to the Complaint is extended to January 25, 2008. The initial pretrial conference is adjourned to February 8, 2008 at 12:00 p.m.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
12/27/07