*Robin D. Aronson, Esq.*
*30 Bayside Terrace*
*Great Neck, New York 11023*
*o: (516) 482-3951*

January 25, 2008

Honorable William H. Pauley, III, District Court Judge
United States Southern District Court
500 Pearl Street
New York, New York 10013

Re: <u>Eugene R. Daniels, III v. New York State Division of Human Rights, et al.</u>
    07 Civ. 8007 (WHP)

Dear Honorable William H. Pauley, III:

      This correspondence is respectfully submitted to request an extension to respond to the issues and defenses asserted in defendant's request for a pre-motion conference in the above-referenced matter. Pursuant to your individual practices, a response to defendant's request for a pre-motion conference must be submitted within five business days of receipt. However, I was immersed in preparing for trial which was scheduled to commence on January 23, 2008 and was unable to submit opposition to the issues and defenses addressed in defendant's prior correspondence. I am under the impression submission of opposition is required by January 28, 2008.

      As a result, I respectfully request an extension to oppose the issues and defenses raised in defendant's request for a pre-motion conference until January 30, 2008. I spoke with opposing counsel who consented to my request for an extension if granted by this Court.

      Respectfully submitted,

      Robin D. Aronson (RA4309)

cc:    Susan Anspach, Esq.
       State of New York
       Office of the Attorney General
       120 Broadway
       New York, New York 10271-0332
       (Via facsimile and ECF)