UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

EUGENE R. DANIELS, III,

                            Plaintiff,

                                                    Docket No.: 07-Civ-8007 (WHP)

            -against-

NEW YORK STATE DIVISION OF HUMAN
RIGHTS, MARTHA FURLONG and MICHELLE
HEITZNER,

                            Defendants.

-----------------------------------------------------------------x

          PLEASE TAKE NOTICE that the Office of the Attorney General of the State of New

York, by Assistant Attorney General SUSAN ANSPACH, hereby appears on behalf of all of the

defendants in the above-referenced action.

Dated: New York, New York
          January 29, 2008

                                    ANDREW M. CUOMO
                                    Attorney General of the
                                      State of New York
                                    Attorney for Defendants
                                    By:
                                    SUSAN ANSPACH (SA 6968)
                                    Assistant Attorney General
                                    120 Broadway, 24th Floor
                                    New York, New York 10271
                                    (212) 416-8548
                                    FAX: (212) 416-6075
                                    Email: susan.anspach@oag.state.ny.us