USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EUGENE DANIELS, III,                          :

                      Plaintiff,           :   07 Civ. 8007 (WHP)

      -against-                                :   <u>SCHEDULING ORDER NO. 1</u>

NEW YORK STATE DIVISION OF HUMAN :
RIGHTS, et al.,
                                       :

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a February 15, 2008 conference, the following schedule is established on consent:

1. Plaintiff shall file and serve an amended complaint by March 20, 2008;

2. Defendants shall file and serve their answer or motion to dismiss by April 10, 2008;

3. Plaintiff shall file and serve his opposition to the motion by May 8, 2008;

4. Defendants shall file and serve their reply by May 19, 2008;

5. This Court will hold oral argument on May 30, 2008 at 11:00 a.m.;

6. All discovery shall be completed by August 29, 2008;

7. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by October 3, 2008; and

8. This Court will hold a final pre-trial conference on October 17, 2008 at 10:30 a.m.

Dated: February 15, 2008
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*

Robin Aronson, Law Office
30 Bayside Terrace
Great Neck, NY 11023
*Counsel for Plaintiff*

Susan Anspach
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*