UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Original Filed by ECF

EUGENE R. DANIELS, III,

               Plaintiff,

07-Civ-8007 (WHP)

-against-

NEW YORK STATE DIVISION OF HUMAN RIGHTS,

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

               Defendant.

------------------------------------------------------------------x

     PLEASE TAKE NOTICE that upon the attached Declaration of Susan Anspach, dated April 18, 2008 and the Exhibits attached thereto, the accompanying Memorandum of Law, dated April 18, 2008, and all prior pleadings and proceedings had herein, defendant New York State Division of Human Rights ("NYSDHR") will move this Court before the Honorable William H. Pauley, III, United States District Judge, on May 27, 2008 or on such other date as set by this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing

the plaintiff's amended complaint for lack of subject matter jurisdiction, for failure to state a claim upon which relief can be granted and for such other and further relief as may be just and proper.

Dated: New York, New York
April 18, 2008

    Respectfully submitted,

    ANDREW M. CUOMO
    Attorney General of the
     State of New York
    <u>Attorney for Defendant</u>
    By:
    /s/ Susan Anspach

    _____
    SUSAN ANSPACH (SA 6968)
    Assistant Attorney General
    120 Broadway
    New York, New York 10271
    (212) 416-8548/8610

TO: Robin D. Aronson, Esq.
    <u>Attorney for Plaintiff</u>
    30 Bayside Terrace
    Great Neck, New York 11023
    (516) 482-3951