# Civil Service Commission (CSC) Jurisdictional Class Appendices

The New York State Civil Service Commission adopts and modifies rules governing a wide range of State civil service matters. These rules are subject to approval of the Governor and have the force and effect of law. The Commission also: hears and determines appeals on such matters as examination qualifications, examination ratings, position classifications, pay grade determinations, disciplinary actions, and the use of preferred lists; and rules on such matters as requests to continue the employment of individuals who are retired, and awards for money-saving ideas submitted to the State Employee Suggestion Program. In addition, the State Civil Service Commission regularly inspects and oversees the operations of municipal Civil Service Commissions and city and county personnel officers.

## Non-Competitive Jurisdictional Class Positions

- Listed by State Departments and Agencies(507KB)
- Listed Alphabetical by Title(346KB)

## Exempt Jurisdictional Class Positions

- Listed by State Departments and Agencies(369KB)
- Listed Alphabetical by Title(163KB)

## Labor Jurisdictional Class Positions

- Positions Classified in the Labor Class(50KB)

NON-COMPETITIVE CLASS POSITIONS IN
STATE DEPARTMENTS AND AGENCIES

| | | | |
|---|---|---|---|
| ø | Human Rights Regional Director 1 | Exec. - Human Rights | |
| ø | Human Rights Regional Director 2 | Exec. – Human Rights | 1 |
| | Human Rights Specialist 1 | Exec. - Human Rights | 15 |
| ø | Human Rights Specialist 2 | Exec. - Human Rights | 1 |
| ø | Human Rights Specialist 2 (Office of AIDS Discrimination Issues) | Exec. - Human Rights | 1 |
| ø | Human Rights Specialist 3 | Exec. - Human Rights | 6 |
| ø | Human Rights Specialist 4 | Exec. - Human Rights | |

ø positions which are confidential or require the performance of functions influencing policy