STATE OF NEW YORK
EXECUTIVE DEPARTMENT
DIVISION OF HUMAN RIGHTS

---

INTER-OFFICE MEMORANDUM

TO:     Edward A. Friedland
        Executive Deputy Commissioner

FROM:   Eugene R. Daniels, III
        Regional Director

DATE:   February 14, 2006

SUBJECT: First (1st) Performance
         Evaluation, etc.

   Although initially, I was compelled not to respond to my first performance evaluation recent events have altered this determination. Be advised that my initial evaluation of three unsatisfactory categories is hereby "Under Protest".

   Based on conjecture, hearsay and a all out attempt to character assassinate my reputation my so called supervisor Darryl Fox gave me a less than satisfactory evaluation. Furthermore, you sign off on this evaluation notwithstanding; the fact that the Brooklyn Regional office — ID has been completely turned around. The record demonstrates that this office was failing miserably for a three year period of time prior to my appointment.

   This was accomplished despite all good efforts of assurances by both you and Darryl Fox that one was receiving the best Human Rights Specialist II available to assist me in the aforesaid endeavor.

   Needless to say, the test of time proved otherwise. Not only was every attempt made to sabotage me by this individual but it was later determined that he could no longer work with me.

SDHR Case No. 10106353
Luis Arichabala v. Carullo Construction Corp.

    Progress continues to be made at the Brooklyn Regional office - 1D despite a troublesome staff. Now attempts are being made to personally humiliate me.

    My supervisor, who is rarely available not only when crisis develop much less at any time recommended and suggested that; I should report to Leon DiMaya - Regional Director for Lower Manhattan at 9:00 a.m. sharp on the 13th of February 2006. Perhaps, he was not aware that this is a "Floating Holiday". Also, can you explain why one should report to a person of similar title but who has a significant smaller jurisdiction than one; I am responsible for overseeing.

    I will not be humiliated nor accept reporting to someone that does not enjoy my expertise, experience nor professional background. This is totally unacceptable.

    Should you agree with this determination steps will have to be taken to address these blatant acts of discrimination. One can no longer accept these arbitrary and capricious decisions made by a supervisor who acts as though he is operating in "good faith".

    I await your response regarding the aforesaid matters.

    Thank you;

cc:  Michelle Cheney Donaldson
     Commissioner
     Darryl Fox
     Deputy Commissioner

STATE OF NEW YORK,
EXECUTIVE DEPARTMENT
DIVISION OF HUMAN RIGHTS

## INTER-OFFICE MEMORANDUM

TO:      Michele Heitzner - Deputy
         Commissioner For Regional Affairs

FROM:    Eugene R. Daniels, III    *ERDIII*
         Regional Director

DATE:    April 14, 2006

SUBJECT: Probation Report #3
         Evaluation Period From
         December 2, 2005 to March 2, 2006

**RECEIVED APR 19 2006 PERSONNEL**

   I am in receipt of your hand delivered "Probation Report" in a New York State Executive Department Division of Human Rights envelope with an address of One Fordham Plaza, 4th Floor Bronx, New York handwritten to Eugene Daniels, and marked Personal & confidential (see attached document).

   First, my name is Eugene R. Daniels, III and my title is Regional Director - Brooklyn 1D.

   Second; you requested that I sign this document notwithstanding the fact that it is addressed to Darryl Fox, Deputy Commissioner.

   Third; at a meeting with Executive Deputy Commissioner Edward A. Friedland and Assistant to Executive Deputy Commissioner Deborah L. May on March 9, 2006; it was brought to my attention that you would be coming back to Brooklyn in a supervisory capacity as a result of the untimely illness of Deputy Commissioner Darryl Fox dad which resulted in him being of leave of absence.

Fourth; the comments made in the Probation Report by you demonstrates an abusive, discriminatory and malice aforethought toward me yet you've just been afforded the opportunity to come back to Brooklyn after being personally banned as per your own words.

Fifth; not only do I have excellent management skills but contrary to your information productivity and moral have increased not decreased significantly since my tenure as Brooklyn Regional Director.

Finally, many have attempted to character assassinate me since my appointment on June 2, 2005 to no avail.

One cannot sign a document when the person it is addressed to is on a leave of absence in Florida.

In law we classify this as facially insufficient to stand a true test.

I again thank you for your assistance and cooperation in making Brooklyn 1D the best it can be.


cc: Michelle Cheney Donaldson
    Commissioner
    Edward A. Friedland
    Executive Deputy Commissioner
    Jose Gonzalez
    Director of Human Resources Management I
    File