USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EUGENE DANIELS, III,                    :

                Plaintiff,    :    07 Civ. 8007 (WHP)

        -against-            :    SCHEDULING ORDER NO. 1

NEW YORK STATE DIVISION OF HUMAN   :
RIGHTS, et al.,
                              :
                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having requested an extension in the schedule, the following schedule is established on consent:

1. Defendants shall file and serve their answer or motion to dismiss by April 18, 2008;

2. Plaintiff shall file and serve his opposition to the motion by May 16, 2008;

3. Defendants shall file and serve their reply by May 27, 2008; and

4. This Court will hold oral argument on June 20, 2008 at 11:30 a.m..

Dated: April 14, 2008
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record*

Robin Aronson, Law Office
30 Bayside Terrace
Great Neck, NY 11023
*Counsel for Plaintiff*

Susan Anspach
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*