UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————X

EUGENE R. DANIELS, III

                                             Case no.: 07-Civ-8007 (WHP)

                    Plaintiff,               AFFIRMATION OF SERVICE


          -against-



STATE OF NEW YORK DIVISION
OF HUMAN RIGHTS


                    Defendant.



————————————————————X


          I, Robin D. Aronson, declare under penalty of perjury that I have served a copy of
the attached Summons and Amended Complaint upon Susan Anspach, Esq., Assistant
Attorney General, of the State of New York Office of the Attorney General, that
maintains an office at 120 Broadway, New York, New York, 10271-0332, which was
served via facsimile on March 25, 2008 and subsequently, mailed via first-class mail on
April 8, 2008, to Ms. Anspach at the above-referenced address by depositing the
summons and amended complaint in an official depository in the custody of the United
States Post Office in the State of New York.

Dated: Great Neck, New York
       May 1, 2008

                                   _____
                                   Robin Aronson, Esq. (RA 4309)
                                   30 Bayside Terrace
                                   Great Neck, New York 11023
                                   (516) 482-3951


Rev. 05/2007