AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Eugene R. Daniels, III

**SUMMONS IN A CIVIL ACTION**

V.

State of New York
Division of Human Rights

CASE NUMBER: 07-8007

TO: (Name and address of Defendant)

    State of New York
    Division of Human Rights
    One Fordham Plaza, 4th Floor
    Bronx, New York 10458

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robin D. Aronson, Esq.
    30 Bayside Terrace
    Great Neck, New York 11023

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Jessica Dose_ (signature)

(By) DEPUTY CLERK

DATE: 3/21/2008