UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

_____

EUGENE R. DANIELS, III

                                        Civ no.: 07-8007

                                        Original filed ECF


                Plaintiff,



        -against-




STATE OF NEW YORK DIVISION OF HUMAN RIGHTS




                Defendants.




_____X




DEFENDANT'S MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANTS MOTION TO
DISMISS PLAINTIFF'S AMENDED COMPLIANT




_____X

X
_____