TABLE OF AUTHORITIES

Cases


United States Cases

Bell Atlantic v. Twobly, et al., _U.S._, 127 S. Ct. 1955 (2007)

Board of Regents v. Roth, 408 U.S. 564, 573, (1972)

Codd v. Velger, 429 U.S. 624, 627, (1977)

Conley v. Gibson, 355 U.S. 41 (1957)

Fitzpatrick v. Bitzer, 427 U.S. 445, 449, (1976)

Kimel v. Florida Bd. of Regents, 528 U.S. 62, 80 (2000)

Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 587 (1986)

McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973)

Owens v. City of Independence, 445 U.S. 622, 673 (1980)

Paul v. Davis, 4242 U.S. 693, 701, 709 (1972)

Scherer v. Rhodes, 416 U.S. 232, 236 (1979)

U.S. Fid. & Guar. Co. v. Petroleo Brasilieiro, S.A.-Petrobras, No. 98 Civ 3099, 2001 WL 300735, at *2 (S.D.N.Y. March 27, 2001)

United States v. Diebold, Inc., 369 U.S. 654, 655, (1962)


United States Court of Appeals and United States
District Court Cases

Berhheime v. Litt, 79 F.3d 318, 322 (2d Cir. 1996)

_____    I

Butts v. City of New York Dep't of House Preservation & Dev, 990 F.2d 1397, 1401 (2d Cir. 1993)

Certkova v. Connecticut Gen Life Ins. Co., 92 F.3d 81, 87 (2d Cir. 1996)

Cruz v. Coach Stores, Inc., 202 F.3d 560, 566. (2d Cir. 2000)

Dominic v. Consolidated Edison Company, 822 F.2d 1249, 1255 (2d Cir. 1987)

Donato v. Plainview-Old Bethpage Central School District , 96 F.3d 623, 633-34 (2d Cir. 1999)

Fraternal Order of Police Lodge No. 5 v. Tucker, 868 F.2d 74, 82 (3d Cir. 1989)

Gallo v. Prudential Residential Servs., 22 F.3d 1219 1223 (2d Cir. 1994)

Garcia v. Lewis, No. 05 Civ. 1153, 2005 WL 1423253, at * 3 (S.D.N.Y. June 16, 2005)

Holt v. KMI Continental, 95 F.3d 123, 129 (2d Cir. 1996)

Jansen v. Condo, 101 F.3d 14, 16 (2d Cir. 1996) (per curium)

Kotcher v. Rosa & Sullivan Appliance Ctr, Inc., 957 F.2d 59, 65 (2d Cir. 1992)

Lambert v. Geneses Hosp, 10 F.3d 46, 55 (2d Cir. 1993), cert. Denied, 114 S. Ct. 1612 (1994)

Longarzi v. Anker, 578 F.2d 469, 472 (2d Cir. 1978).

Luck v. Mazzobe, 52 F.3d 475, 477 (2d Cir. 1295)

Makarova v.. United States, 201 F.3d 110,113 (2d Cir. 2000)

Morse v. Lower Merion School District, 132 F.3d 902, 906 (3d Cir. 1997)

Perri v. Aytch, 724 F.2d 362, 367 (3rd Cir. 1983)

Posr v. Court Officer Shield # 207, 180 F.3d 409, 418 (2d Cir. 1999)

Ramos v. City of New York, No.: 96 Civ. 378 (DLC), 1997 WL 410493 at * 3 (S.D.N.Y. July 22, 1997).

Stewart v. United States Immigration and Naturalization Serv., 762 F.2d 193, 198 (2d Cir. 1985)

Sumner v. United States Postak Serv., 899 F.2d 203, 209 (2d Cir. 1999)

<u>Sutera v. Schering Corp.</u>, 73 F.3d 13, 15-16 (2d Cir. 1995)

<u>Sweet v. Sheahan</u>, 235 F.3d 80 (2000)

ii

<u>Tomka v. Seiler Corp, Inc.</u> 1295, 1308, (2d Cir.1995)

<u>Texas Dep't of Community Affairs v. Burdine</u>, 450 U.S. 248 (1981)

<u>Woroski v. Nashua</u>, 31 F.3d, 105, 108-109 (2d Cir. 1994)

<u>Van Zant v. KLM Royal Dutch Airlines,</u> 80 F.3d 708 (2nd Cir. 1996)

<u>United States Constitution</u>
11th Amendment
14th Amendment

<u>Federal Statutes</u>

42 U.S.C. § 1981
42 U.S.C. § 1983
42 U.S.C. § 1985(3)
42 U.S.C. §  2000e, et seq., ("Title VII")
42 U.S.C. §  2000e-3(a)

<u>Federal Rules of Civil Procedure</u>

Rule 8(a)
Rule 12(b)(1)
Rule 12(b)(6)
Rule 56

<u>New York Statutes</u>

New York State Civil Service Law § 75
New York State Human Rights Law § 296

<u>State Rules and Regulations</u>
4 NYCRR 2.2

<u>Publications</u>

Laurence H. Trial American Law- (701 2d.Ed 1985)

iv