UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EUGENE DANIELS, III,                            :

      Plaintiff,          :  07 Civ. 8007 (WHP)

   -against-                              :  SCHEDULING ORDER NO. 3

NEW YORK STATE DIVISION OF HUMAN  :
RIGHTS, et al.,
              :
      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
WILLIAM H. PAULEY III, District Judge:

  Counsel for the parties having requested an extension in the schedule, the following schedule is established on consent:

1. All discovery shall be complete by November 29, 2008;

2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by January 5, 2009; and

3. The Court will hold a final pre-trial conference on January 16, 2009 at 10:15 a.m.

Dated: August 21, 2008
   New York, New York

             SO ORDERED:

             _____
              WILLIAM H. PAULEY III
                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

*Counsel of Record*

Robin Aronson, Law Office
30 Bayside Terrace
Great Neck, NY 11023
*Counsel for Plaintiff*

Susan Anspach
New York State Office of the Attorney General
120 Broadway
New York, NY 10271
*Counsel for Defendants*